# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| ROGER ALLEN NEELEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-cv-00883-DGK-SSA |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AWARDING ATTORNEY'S FEES

Pending before the Court is Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 22) and Defendant's response (Doc. 24). After consideration, it is hereby

ORDERED that Plaintiff is awarded attorney's fees in the amount of $6,200.00 to be paid by the Social Security Administration, and costs of $400.00 to be paid from the Judgment Fund. Defendant shall verify whether Plaintiff owes a debt to the United States that is subject to offset. If no such debt exists, the above amount shall be made payable to Plaintiff's attorney.

**IT IS SO ORDERED.**

Date: November 28, 2017  /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT